James STEWART, Movant,

v.

STATE of Missouri, Respondent.

No. ED 79904.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 27, 2002.

Scott Thompson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Defendant, James Stewart, was convicted, after a jury trial, of stealing $750 or more. He was sentenced to a term of six years imprisonment. This court affirmed his conviction. *State v. Stewart,* 9 S.W.3d 657 (Mo.App. E.D.1999).

Defendant appeals from the judgment of the trial court denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. He argues that the trial court abused its discretion in denying his motion for a continuance at the evidentiary hearing and that he received ineffective assistance of counsel.

The trial court's findings of fact are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).